USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BANK OF AMERICA, N.A., AS
SUCCESSOR IN INTEREST TO MERRILL         :
LYNCH BANK USA,
:
    Plaintiff,    Index No.: 10 CV 991(BSJ) (AJP)
:
  -against-    **NOTICE OF VOLUNTARY DISMISSAL**
    **WITHOUT PREJUDICE PURSUANT TO**
: **RULE 41(a)(1)(A)(i)**
FIRST LOOK SPV LLC and FIRST LOOK
STUDIOS, INC.,    :

    Defendants.  :

------------------------------------------------------------X

  PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Bank of America, N.A. ("BANA", as successor in interest to Merrill Lynch Bank USA), by and through its undersigned attorneys, hereby voluntarily dismisses without prejudice all claims asserted in the above-captioned action.

  Plaintiff requests that the Court retain jurisdiction for purposes enforcing the settlement agreement (if needed) entered into between the parties as of March 25, 2010, pursuant to which this action was resolved.

Dated: New York, New York
       March 31, 2010

                        LOEB & LOEB LLP

                    By: *Alyson M. Weiss*
                        Alyson M. Weiss (AW-8474)
                        John A. Piskora (JP-1224)
                        345 Park Avenue
                        New York, New York 10154-1895
                        (212) 407-4000

                        *Attorneys for Plaintiff*
                        *Bank of America, N.A.*

SO ORDERED  *Barbara S. J*
Dated:
              BARBARA S. JONES
                  U.S.D.J.

4-1-10